IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:15-CR-00019-001 (MBS) |
| **JAMIE ELDRED BLACK** | |

## ORDER

On March 4, 2016, the Court committed Jamie Eldred Black to the Federal Bureau of Prisons for 120 months followed by 3 years on supervised release for the offense of Interstate Travel in Aid of Racketeering Enterprises (2 counts) in violation of 18 U.S.C. § 1952(a)(3). Black was released from federal custody on February 3, 2023, and commenced his term of supervised release in the District of South Carolina.

On June 27, 2024, Black filed a Pro Se Motion to Terminate Supervised Release. In considering his motion, the Court carefully examined the factors enumerated at 18 U.S.C. § 3583(e) and made an individualized assessment. Specifically, the court considered (1) the nature and circumstances of the offense for which supervision was imposed; (2) the history and characteristics of the defendant; and (3) the need to provide Wright with ongoing monitoring to afford adequate deterrence to potential criminal conduct beyond the time he has been under supervision. While recognizing Black's progressive strides towards supervision objectives, as reflected in his motion, he denies acceptance of responsibility for the offenses which he entered a guilty plea. In addition, the Court has considered the Sex Offender Registration and Notification Act (SORNA) enumerated at 34 U.S.C. § 20901 and determined that Black's prior conviction for Criminal Sexual Conduct with a Minor and subsequent registration requirement under SORNA require further monitoring by the U.S. Probation Office in the interest of justice.

Accordingly, the motion for early termination of supervised release is DENIED.

ORDER OF THE COURT

SO ORDERED this 8 day of October, 2025.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: KMH